IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NOVA HOLDING CLINTON COMPANY, LLC, *et al.*,[1] | Case No. 09-11081-KG |
| | Jointly Administered |
| Debtors. | **Hearing Date: June 18, 2009 at 2:00 p.m.**<br>**Objection Deadline: June 11, 2009 at 4:00 p.m.** |

## NOTICE OF APPLICATION

**TO:** All Parties on the attached Certificate of Service

The Official Committee of Unsecured Creditors has filed the attached **Application for Authority to Employ GlassRatner Advisory & Capital Group, LLC** *Nunc Pro Tunc* **to April 20, 2009 to Serve as Financial Advisor for the Official Committee of Unsecured** (the "Application").

Responses or objections to the Application, if any, are to be filed on or before **June 11, 2009 at 4:00 p.m.** At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

A hearing on the Application will be held on **June 18, 2009 at 2:00 p.m.** before the Honorable Kevin Gross, United States Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, DE 19801.

---

[1] The Debtors are: Nova Holding Clinton County, LLC; Nova Biofuels Clinton County, LLC; Nova Holding Seneca, LLC; Nova Biofuels Seneca, LLC; Nova Holding Trade Group, LLC; Nova Biofuels Trade Group, LLC; NBF Operations, LLC; Nova Biosource Technologies, LLC; Biosource America, Inc. and Nova Biosource Fuels, Inc.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
May 15, 2009

**POTTER ANDERSON & CORROON LLP**

Jeremy W. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Phone: (302) 984-6000
Facsimile: (302) 658-1192
E-mail: jryan@potteranderson.com
rmcneill@potteranderson.com

-and-

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Adam H. Friedman
Park Avenue Tower
65 East 55th Street
New York, NY 10022
(212) 451-2216
(212) 451-2222 (Fax)
E-Mail: afriedman@olshanlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors of Nova Holding Clinton County, LLC, et al.*