IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NOVA HOLDING CLINTON COUNTY, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 09-11081 (KG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, hereby certify that on this 15th day of May 2009, I caused a true and correct copy of the foregoing **Application for Authority to Employ GlassRatner Advisory & Capital Group, LLC *Nunc Pro Tunc* to April 20, 2009 to Serve as Financial Advisor for the Official Committee of Unsecured** to be served upon the parties listed on the attached 2002 service list *via* first class mail, postage pre-paid.

Dated: May 15, 2009
Wilmington, Delaware

_____
Jeremy W. Ryan (No. 4057)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Nova Holding Clinton County, LLC, a Delaware limited liability company (9944); Nova Biofuels Clinton County, LLC, a Delaware limited liability company (9809); Nova Holding Seneca, LLC, a Delaware limited liability company (9237); Nova Biofuels Seneca, LLC, a Delaware limited liability company (9222); Nova Holding Trade Group, LLC, a Delaware limited liability company (9278); Nova Biofuels Trade Group, LLC, a Delaware limited liability company (9269); NBF Operations, LLC, a Delaware limited liability company (8450); Nova Biosource Technologies, LLC, a Texas limited liability company (4403); Biosource America, Inc., a Texas corporation (7542); and Nova Biosource Fuels,Inc., a Nevada corporation (8450).

# IN RE NOVA HOLDING CLINTON COUNTY LLC, ET AL
## 2002 SERVICE LIST

Office of the United States Trustee
ATTN: David Klauder
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

Brent King
614 Shipyard Road
Seneca, IL 61360

(West LB)
Jennifer Hagle, Esquire
Sidley Austin LLP
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013

(West LB)
Jeremy Rosenthal, Esquire
Sidley Austin LLP
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013

(West LB)
Sean Beach, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

(Financial Advisors to the Debtors)
Mark E. Fisler, Managing Director
OceanPark Advisors
6033 West Century Boulevard, Suite 1090
Los Angeles, CA 90045

(Financial Advisors to the Debtors)
Bruce Comer, Managing Director
OceanPark Advisors
6033 West Century Boulevard, Suite 1090
Los Angeles, CA 90045

Janet B. Groue, Esquire
Associate General Counsel
Sterling Bank
5757 Memorial Drive
Houston, TX 77007

(Indenture Trustee)
Glenn E. Siegel, Esquire
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

**Government Agencies:**

Ellen W. Slights
US Attorney's Office
1007 North Orange Street, Suite 700
Wilmington, DE 19899-2046

State of Delaware
Division of Revenue-8th Floor
ATTN: Randy R. Weller-MS#25
820 N. French Street
Wilmington, DE 19801-0820

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Securities & Exchange Commission
15th & Pennsylvania Avenue, NW
Washington, DC 20020

Securities & Exchange Commission
ATTN: Nathan Fuchs
233 Broadway
New York, NY 10279

US Securities & Exchange Commission
New York Regional Office
ATTN: Alister Bambach
3 World Financial Center, Suite 400
New York, NY 10281-1022

(Official Committee of Unsecured Creditors)
Highbridge International LLC
ATTN: Eric Colandrea
c/o Highbridge Capital Management LLC
9 West 57th Street, 27th Floor
New York, NY 10019

(Official Committee of Unsecured Creditors)
DePue Mechanical Inc.
ATTN: James C.M. Jacobsen, Jr.
113 S. Ridge Road
Minooka, IL 60447

(Official Committee of Unsecured Creditors)
The Bank of Mellon Trust Company NA
ATTN: J. Chris Matthews
601 Travis, 16th Floor
Houston, TX 77002

**Thirty Largest Creditors:**

(Official Committee of Unsecured Creditors)
Lipid Logistics LLC
ATTN: David Kaluzny
151 Springfield Avenue Suite B
Joliet, IL 60436

Ashland Inc.
ATTN: Fred Buerkle
50 E. Rivercenter Boulevard
PO Box 391
Covington, KY 41012-0391

White Cross Laboratories Inc.
ATTN: Joe Raho
350 Theodore Fremd Avenue
Rye, NJ 10580

American Railcar Leasing
ATTN: Michael Obertop, Corporate Secretary
100 Clark Street, Suite 201
St. Charles, MO 63301-2075

(Official Committee of Unsecured Creditors)
Veolia Industrial Services Inc.
ATTN: Deb Lawler
PO Box 70610
Chicago, IL 60673-0610

Malone & Bailey PC
ATTN: Thomas M. O'Neal
10350 Richmond, Suite 800
Houston, TX 77042

Petroleum Tax Bureau
ATTN: Kenitta Toole & George Higdon
PO Box 1033
Jackson, MS 39215

Muskogee City-County Port Authority
ATTN: Scott Robinson
4901 Harold Scoggins Drive
Muskogee, OK 74403

American International Companies
ATTN: Michelle Levitt, Esquire
3990 Enterprise Court
Aurora, IL 60504-8132

Luse-Stevenson Co.
ATTN: John Lorenz
22427 Network Place
Chicago, IL 60673-1224

Constellation New Energy Gas Division
ATTN: Rose Ryback
US Bank Lock Box - c/o CNE Gas
Milwaukee, WI 53259-0530

August Winter & Sons Inc.
ATTN: Kelly Watry
2323 N. Roemer Road
Appleton, WI 54911

Commonwealth Edison Company
ATTN: Exelon Corporation
700 W. Frech Street
Streator, IL 61364

Adam Swick, Esquire
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

SICR Inc.
453 W. Norton Avenue
Muskegon, MI 49444

Piper Jaffray
ATTN: Denise Jaffray
800 Nicollet Mall
MS J10N01
Minneapolis, MN 55402

Stolley & Orlebeke Inc.
ATTN: Ted Stolley
523 W. Wrightwood Avenue
Elmhurst, IL 60126

Tuthill Vacuum & Blower Systems
ATTN: Anna Potts
4840 West Kearney Street
Springfield, MO 65803

Sean Slanger, Esquire
Associate General Counsel
Blue Cross & Blue Shield of Montana
560 North Park Avenue
Helena, MT 59601

Jeffrey Fort, Esquire
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404

TW Telecom
ATTN: Linda Boyle
PO Box 172567
Denver, CO 80217-2567

TW Telecom
ATTN: Lyndall Nipps, VP of Regulatory
PO Box 172567
Denver, CO 80217-2567

Mid States Industrial Inc.
ATTN: David Both
519 E Shipyard Road
PO Box 559
Seneca, IL 61360

Christianson & Associates
302 Fifth Street Southwest
Willmar, MN 56201

E.J. Cattani & Son Inc.
ATTN: Bill Cattani
PO Box 485
905 S. Main
Ladd, IL 61329-0485

Nicor Gas
ATTN: Bankruptcy Dept.
PO Box 416
Aurora, IL 60568-0001

Halliburton Investor Relations
14651 Dallas Parkway, Suite 800
Dallas, TX 75254

JCI Industries Inc.
1335 S Young
Wichita, KS 67209

JMI Instr. Co.
ATTN: Matthew McGrath
9839 Industrial Court, Suite B
Highland, IN 46322

Nalco Company
ATTN: Michael P. Murphy
1601 West Diehl Road
Naperville, IL 60563-1198

Machinery Maintenance Inc.
ATTN: Laurie Krysiak
2949 E. 350th Road
PO Box 1127
LaSalle, IL 61301

**Parties Requesting Service Pursuant to Rule 2002:**

(Lipid Logistics LLC)
Timothy R. Casey, Esquire
Drinker Biddle & Reath LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698

(Lipid Logistics LLC)
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801

J. Scott Douglas
909 Fannin, Suite 1800
Houston, TX 77010

(Constellation New Energy – Gas Division LLC)
Bruce J. Ruzinsky, Esquire
D. Elaine Conway, Esquire
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010

(Constellation New Energy – Gas Division LLC)
Heather M. Forrest
Jackson Walker LLP
901 Main Street, Suite 6000
Dallas, TX 75202

(Veolia ES Industrial Services Inc. Corp.)
William R. Firth, III, Esquire
Gibbons PC
1000 N. West Street, Suite 1200
Wilmington, DE 19801