# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NOVA HOLDING CLINTON COUNTY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 09-11081 (KG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 78** |

### ORDER PURSUANT TO SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO APRIL 20, 2009

Came on for consideration the Application to Retain and Employ GlassRatner Advisory & Capital Group LLC ("GlassRatner") as Counsel for the Official Committee of Unsecured Creditors (the "Application"), filed by Official Committee (the "Committee") of Unsecured Creditors of Boscov's, Inc., and its affiliates (the "Debtors"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The Court further finds that this is a core proceeding pursuant to 28 U.S.C. § 157. After reviewing the Affidavit of Wayne P. Weitz, Senior Managing Director of GlassRatner, in support of the Application (the "Weitz Declaration") and the other motions, pleadings, and papers filed in these cases, together with the representations and deliberations on the record, the Court finds that (i) the proposed employment of GlassRatner as counsel for the Committee is in the best interest of

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Nova Holding Clinton County, LLC, a Delaware limited liability company (9944); Nova Biofuels Clinton County, LLC, a Delaware limited liability company (9809); Nova Holding Seneca, LLC, a Delaware limited liability company (9237); Nova Biofuels Seneca, LLC, a Delaware limited liability company (9222); Nova Holding Trade Group, LLC, a Delaware limited liability company (9278); Nova Biofuels Trade Group, LLC, a Delaware limited liability company (9269); NBF Operations, LLC, a Delaware limited liability company (8450); Nova Biosource Technologies, LLC, a Texas limited liability company (4403); Biosource America, Inc., a Texas corporation (7542); and Nova Biosource Fuels, Inc., a Nevada corporation (8450).

the Committee and the Debtors' bankruptcy estates, and (ii) GlassRatner and its professionals do not represent or hold any interest adverse to the Committee or Debtors' estates. The Court further finds that the Application should be **GRANTED** subject to the terms set forth below. IT IS THEREFORE

**ORDERED** that the Application is granted pursuant to 11 U.S.C. section 1103 for the purposes set forth in the Application and the Weitz Declaration, effective as of April 20, 2009, being the date the Committee elected to retain GlassRatner; and it is further

**ORDERED** that GlassRatner shall be compensated for its services and reimbursed for any related expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of this Court for monthly payments to professionals; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
June 10, 2009

HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE