# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NOVA HOLDING CLINTON COUNTY, LLC, *et al.*,[1] | : | Case No. 09-11081 (KG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 18, 2010 AT 11:00 A.M.

### CONTINUED MATTERS

1. Motion for Entry of a Final Order: (I) Authorizing Debtors Use of Cash Collateral Pursuant to 11 U.S.C. Section 363, and (II) Granting Adequate Protection to WestLB AG and Indenture Trustee Pursuant to 11 U.S.C. Sections 361 and 363 [Dkt. 304, filed 12/3/09]

    Objection / Response Deadline:  December 15, 2009 at 4:00 p.m. (extended for Indenture Trustee and Committee to January 12, 2010 at 4:00 p.m.)

    Objection / Response(s) Received:  None to date (informal response received by Indenture Trustee).

    Related Documents:

    a. Affidavit/Declaration of Service regarding Motion for Entry of a Final Order: (I) Authorizing Debtors Use of Cash Collateral Pursuant to 11 U.S.C. Section 363, and (II) Granting Adequate Protection to WestLB AG and Indenture Trustee Pursuant to 11 U.S.C. Sections 361 and 363 [Dkt. 310; filed 12/14/2009]

    Status:  This matter is continued. The Debtors and WestLB have agreed to a material modification of the DIP facility. The Debtors have filed an emergency motion to approve a ninth amendment to the WestLB DIP facility and related papers to expedite the same. *See* agenda item # 4. If the emergency motion to approve a ninth amendment to the WestLB DIP facility is approved, this motion will likely become moot.

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Nova Holding Clinton County, LLC (9944); Nova Biofuels Clinton County, LLC (9809); Nova Holding Seneca, LLC (9237); Nova Biofuels Seneca, LLC (9222); Nova Holding Trade Group, LLC (9278); Nova Biofuels Trade Group, LLC (9269); NBF Operations, LLC (8450); Nova Biosource Technologies, LLC (4403); Biosource America, Inc (7542); and Nova Biosource Fuels, Inc. (8450).

131655.01602/40186572v.1

**MATTERS GOING FORWARD**

2. Motion For Entry Of An Order Surcharging Certain Collateral And Directing Payment Of Clinton Success Fee To Ocean Park Advisors, LLC Pursuant To 11 U.S.C. Section 506(c) Or Otherwise Applicable Bankruptcy Law ("Surcharge Motion") [Dkt. 340; filed 1/14/2010]

    Objection / Response Deadline: January 25, 2010 at 12:00 p.m.

    Objection / Response(s) Received: None to date.

    Related Documents:

    a. Motion Of Debtors To Shorten Notice And Response To Their Motion For Entry Of An Order Surcharging Certain Collateral And Directing Payment Of Clinton Success Fee To Ocean Park Advisors, LLC Pursuant To Pursuant To 11 U.S.C. Section 506(c) Or Other Applicable Bankruptcy Law [Dkt. 341; filed 1/14/2010]

    b. Order Granting Motion of Debtors to Shorten Time for Notice and Response to Their Motion for Entry of An Order Surcharging Certain Collateral and Directing Payment of Clinton Success Fee to Ocean Park Advisors, LLC [Dkt. 342; filed 1/15/2010]

    c. Affidavit of Service [Dkt. 370, filed 2/12/2010]

    d. Affidavit of Service [Dkt. 371, filed 2/12/2010]

    Status: The Debtors have reached an agreement with the Indenture Trustee resolving, among other things, the Surcharge Motion. The agreement is the subject of the Settlement Motion listed in agenda item # 3 below. If the Court approves the Settlement Motion, this Surcharge Motion will become moot.

3. Debtors Motion For Entry Of An Order Approving Settlement By And Among Debtors, WestLB Ag, New York Branch, And The Bank Of New York Mellon Trust Company, N.A., As Indenture Trustee, Resolving Certain Disputes [Dkt. 359; filed 2/1/2010]

    Objection / Response Deadline: February 11, 2010 at 4:00 p.m.

    Objection / Response(s) Received: None to date.

Related Documents:

a. Motion to Shorten Time For Notice And Response To Debtors Motion For Entry Of An Order Approving Settlement By And Among Debtors, Westlb Ag, New York Branch, And The Bank Of New York Mellon Trust Company, N.A., As Indenture Trustee, Resolving Certain Disputes ("Settlement Motion") [Dkt. 360; filed 2/1/2010]

b. Statement of The Bank of New York Mellon Trust Company, N.A. in Connection with the Debtors' Motion for Entry of an Order Approving Settlement By and Among Debtors, WestLB, AG, New York Branch, and The Bank of New York Trust Company, N.A., as Indenture Trustee, Resolving Certain Disputes [Dkt. 358; filed 2/1/2010]

c. Certificate of Service [Re Dkt Nos. 358, 359, 360] [Dkt. 361; filed 2/1/2010]

d. Order Granting Motion to Shorten Time For Notice And Response To Debtors Motion For Entry Of An Order Approving Settlement By And Among Debtors, Westlb Ag, New York Branch, And The Bank Of New York Mellon Trust Company, N.A., As Indenture Trustee, Resolving Certain Disputes [Dkt. 362; filed 2/2/2010]

e. Certification of Counsel Regarding Debtors Motion For Entry Of An Order Approving Settlement By And Among Debtors, WestLB AG, New York Branch, And The Bank Of New York Mellon Trust Company, N.A., As Indenture Trustee, Resolving Certain Disputes ("Certification of Counsel") [Dkt. 375, filed 2/15/2010]

Status:  No objections to the Settlement Motion have been filed.  Accordingly, the Debtors have filed the Certification of Counsel requesting entry of an order approving the Settlement Motion.

**MATTERS REQUESTED FOR EXPEDITED HEARING**

4. Debtors Second Emergency Motion For Entry Of An Order Authorizing Entry Into Ninth Amendment To The Debtor In Possession Credit Agreement ("DIP Amendment Motion") [Dkt. 376; filed 2/16/2010]

Objection / Response Deadline:   February 18, 2010 at 11:00 a.m. (Requested that objections can be made at the hearing)

Objection / Response(s) Received:  None to date.

Related Documents:

a. Motion to Shorten Time For Notice And Response To Debtors Second Emergency Motion For Entry Of An Order Authorizing Entry Into Ninth Amendment To The Debtor In Possession Credit Agreement ("Motion to Shorten Notice") [Dkt. 376; filed 2/16/2010]

Status: The Debtors have filed the above-referenced Motion to Shorten Notice seeking an expedited hearing on the DIP Amendment Motion. If the Motion to Shorten Notice is granted, this matter will go forward.

Dated: February 16, 2010          BLANK ROME LLP

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

Michael B. Schaedle
Josef W. Mintz
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

Attorneys for Debtors
and Debtors in Possession

4

131655.01602/40186572v.1