# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | Nova Holding Clinton County, LLC |
| **Case Number:** | 09-11081-KG    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 18, 2010 11:00 AM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | JENNIFER PASIERB |

## *Matter:*

OMNIBUS HEARING

    **R / M #:** 378 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - This matter is continued
#2 - Resolved
#3 - Settled - Approved - ORDER SIGNED
#4 - Granted - ORDER SIGNED