**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NOVA HOLDING CLINTON COUNTY, LLC, *et al.*,[1] | : | Case No. 09-11081 (KG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 31, 2010 AT 9:00 A.M.**

**PLEASE NOTE THAT THIS HEARING HAS BEEN MOVED
TO APRIL 1, 2010 AT 9:30 A.M.**

***[THIS HEARING HAS BEEN CANCELLED AS ALL MATTERS ARE
CONTINUED TO APRIL 9, 2010 at 3:00 P.M.]***

**CONTINUED MATTERS**

1. Motion for Entry of a Final Order: (I) Authorizing Debtors' Use of Cash Collateral Pursuant to 11 U.S.C. § 363, and (II) Granting Adequate Protection to WestLB AG and Indenture Trustee Pursuant to 11 U.S.C. §§ 361 and 363 [Dkt. 304, filed 12/3/2009]

    Objection / Response Deadline: December 15, 2009 at 4:00 p.m. (extended for Indenture Trustee and Committee to January 12, 2010 at 4:00 p.m.)

    Objection / Response(s) Received: None to date (informal response received by Indenture Trustee).

    Related Documents:

    a. Affidavit/Declaration of Service regarding Motion for Entry of a Final Order: (I)

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Nova Holding Clinton County, LLC (9944); Nova Biofuels Clinton County, LLC (9809); Nova Holding Seneca, LLC (9237); Nova Biofuels Seneca, LLC (9222); Nova Holding Trade Group, LLC (9278); Nova Biofuels Trade Group, LLC (9269); NBF Operations, LLC (8450); Nova Biosource Technologies, LLC (4403); Biosource America, Inc (7542); and Nova Biosource Fuels, Inc. (8450).

[2] All amendments to the agenda appear in boldface italic type.

131655.01602/40187416v.2

Authorizing Debtors' Use of Cash Collateral Pursuant to 11 U.S.C. Section 363, and (II) Granting Adequate Protection to WestLB AG and Indenture Trustee Pursuant to 11 U.S.C. Sections 361 and 363 [Dkt. 310; filed 12/14/2009]

Status: *This matter is continued to April 9, 2010, to the extent this motion is necessary.*

**UNCONTESTED MATTERS**

2. First and Final Application of Ocean Park Advisors, LLC, Investment Banker to Nova Holding Clinton County, LLC and Affiliated Debtors, for Compensation in Connection with Sale Fees [Dkt. 301, filed 11/24/2009]

    Objection / Response Deadline:   December 14, 2009.

    Objection / Response(s) Received:

    a.  Limited Objection of the Official Committee of Unsecured Creditors to First and Final Application of Ocean Park Advisors, LLC, Investment Banker to Nova Holding Clinton County, LLC and Affiliated Debtors, for Compensation in Connection with Sale Fees [Dkt. 308; filed 12/11/2009]

    b.  Objection of the Bank of New York Mellon Trust Company, N.A. to the First and Final Application of Ocean Park Advisors, LLC, Investment Banker to Nova Holding Clinton County, LLC and Affiliated Debtors for Compensation in Connection with Sale Fees [Dkt. 309; 12/11/2009]

    Related Documents:

    c.  Order Granting First and Final Application of Ocean Park Advisors, LLC, Investment Banker to Nova Holding Clinton County, LLC and Affiliated Debtors, For Compensation In Connection With Sale Fees [Dkt. 330; entered 12/21/2009]

    Status: Objections were filed in connection with the sale of the Clinton assets by the Committee and the Indenture Trustee. The Court overruled such objections and approved the relief requested as it relates to the sale fee in connection with the sale of the Clinton assets. *The relief requested as it relates to the sale fee in connection with the sale of the Seneca and Process Technology assets is continued to the hearing on April 9, 2010 at 3:00 p.m.*

3. Debtors' Motion for Entry of an Order Approving the Rejection of Certain Agreement With Newtech Electric Co., Inc. Pursuant to 11 U.S.C. § 365  [Dkt. 409; filed 3/2/2010]

    Objection / Response Deadline:   March 11, 2010 at 4:00 p.m.

    Objection / Response(s) Received:  None to date.

    Status: *This matter is continued to the hearing on April 9, 2010 at 3:00 p.m.*

2

**CONTESTED MATTERS**

4. Motion For Entry Of An Order Dismissing Chapter 11 Cases, Approving Mechanism For Distribution Of WestLB's Carveout Amounts, And For Related Relief Pursuant To 11 U.S.C. §§ 105(a), 349, And 1112(b) And Bankruptcy Rule 9019 [Dkt. 415, filed 3/12/2010]

    Objection / Response Deadline:   March 26, 2010.

    Objection / Response(s) Received:

    a.  Acting United States Trustee's Objection to the Debtors' Motion for Entry of an Order Dismissing Chapter 11 Cases, Approving Mechanism for Distribution of WestLB's Carveout Amounts, and for Related Relief Pursuant to 11 U.S.C. §§ 105(a), 349, and 1112(b) and Bankruptcy Rule 9019 [Dkt. 439; filed 3/26/2010]

    Related Documents:

    b.  Motion To Shorten Time For Notice And Response To Debtors' Motion For Entry Of An Order Dismissing Chapter 11 Cases, Approving Mechanism For Distribution Of WestLB's Carveout Amounts, And For Related Relief Pursuant To 11 U.S.C. §§ 105(a), 349, And 1112(b) And Bankruptcy Rule 9019 [Dkt. 416, filed 3/12/2010]

    c.  Order Granting Motion To Shorten Time For Notice And Response To Debtors' Motion For Entry Of An Order Dismissing Chapter 11 Cases, Approving Mechanism For Distribution Of WestLB's Carveout Amounts, And For Related Relief Pursuant To 11 U.S.C. §§ 105(a), 349, And 1112(b) And Bankruptcy Rule 9019 [Dkt. 417, entered 3/15/2010]

    d.  Notice of Filing Proposed Form of Liquidating Trust Agreement [Dkt. 437, filed 3/25/10]

    Status:  ***This matter is continued to the hearing on April 9, 2010 at 3:00 p.m.***

Dated: March 31, 2010                          BLANK ROME LLP

                                               */s/ David W. Carickhoff*
                                               David W. Carickhoff (No. 3715)
                                               Victoria A. Guilfoyle (No. 5318)
                                               1201 North Market Street, Suite 800
                                               Wilmington, DE 19801
                                               Telephone:  (302) 425-6400
                                               Facsimile:  (302) 425-6464

3

-and-

Michael B. Schaedle
Josef W. Mintz
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

Attorneys for Debtors
and Debtors in Possession