# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NOVA HOLDING CLINTON COUNTY, LLC, *et al.*,[1] | : | Case No. 09-11081 (KG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 6, 2010 AT 1:00 P.M.

**UNCONTESTED MATTER**

1. Debtors' Fourth Emergency Motion For Entry Of An Order Authorizing Entry Into Fifteenth Amendment To The Debtor In Possession Credit Agreement [Dkt. 446, filed 4/1/2010]

    Objection / Response Deadline:  At time of hearing.

    Objection / Response(s) Received:  None.

    Related Documents:

    a. Motion To Shorten Time For Notice And Response To Debtors' Fourth Emergency Motion For Entry Of An Order Authorizing Entry Into Fifteenth Amendment To The Debtor In Possession Credit Agreement [Dkt. 447; filed 4/1/2010]

    b. *Proposed* Order Shortening Notice [Dkt. 447; filed 4/1/2010]

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Nova Holding Clinton County, LLC (9944); Nova Biofuels Clinton County, LLC (9809); Nova Holding Seneca, LLC (9237); Nova Biofuels Seneca, LLC (9222); Nova Holding Trade Group, LLC (9278); Nova Biofuels Trade Group, LLC (9269); NBF Operations, LLC (8450); Nova Biosource Technologies, LLC (4403); Biosource America, Inc (7542); and Nova Biosource Fuels, Inc. (8450).

131655.01602/21867076v.1

Status: This matter will go forward if the Court grants the Motion to Shorten Notice listed above.

Dated: April 2, 2010

BLANK ROME LLP

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Victoria A. Guilfoyle (No. 5318)
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

Michael B. Schaedle
Josef W. Mintz
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

Attorneys for Debtors
and Debtors in Possession