# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | Nova Holding Clinton County, LLC |
| **Case Number:** | 09-11081-KG  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 06, 2010 01:00 PM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | JENNIFER PASIERB |

## Matter:

Motion to Amend DIP Agreement

**R / M #:**   448 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -  ORDER SIGNED