**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NOVA HOLDING CLINTON COUNTY, LLC, *et al.*,[1] | : | Case No. 09-11081 (KG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 9, 2010 AT 3:00 P.M.**

**CONTINUED MATTERS**

1. Motion for Entry of a Final Order: (I) Authorizing Debtors Use of Cash Collateral Pursuant to 11 U.S.C. § 363, and (II) Granting Adequate Protection to WestLB AG and Indenture Trustee Pursuant to 11 U.S.C. §§ 361 and 363 [Dkt. 304, filed 12/3/2009]

    Objection / Response Deadline:  December 15, 2009 at 4:00 p.m. (extended for Indenture Trustee and Committee to January 12, 2010 at 4:00 p.m.)

    Objection / Response(s) Received:  None to date (informal response received by Indenture Trustee).

    Related Documents:

    a. Affidavit/Declaration of Service regarding Motion for Entry of a Final Order: (I) Authorizing Debtors Use of Cash Collateral Pursuant to 11 U.S.C. Section 363, and (II) Granting Adequate Protection to WestLB AG and Indenture Trustee Pursuant to 11 U.S.C. Sections 361 and 363 [Dkt. 310; filed 12/14/2009]

    Status:  This matter is continued to the next omnibus hearing.

**UNCONTESTED MATTER**

2. First and Final Application of Ocean Park Advisors, LLC, Investment Banker to Nova Holding Clinton County, LLC and Affiliated Debtors, for Compensation in Connection with Sale Fees [Dkt. 301, filed 11/24/2009]

---

[1] The Debtors and the last four digits of their respective tax identification numbers are:  Nova Holding Clinton County, LLC (9944); Nova Biofuels Clinton County, LLC (9809); Nova Holding Seneca, LLC (9237); Nova Biofuels Seneca, LLC (9222); Nova Holding Trade Group, LLC (9278); Nova Biofuels Trade Group, LLC (9269); NBF Operations, LLC (8450); Nova Biosource Technologies, LLC (4403); Biosource America, Inc (7542); and Nova Biosource Fuels, Inc. (8450).

Objection / Response Deadline: December 14, 2009.

Objection / Response(s) Received:

a. Limited Objection of the Official Committee of Unsecured Creditors to First and Final Application of Ocean Park Advisors, LLC, Investment Banker to Nova Holding Clinton County, LLC and Affiliated Debtors, for Compensation in Connection with Sale Fees [Dkt. 308; filed 12/11/2009]

b. Objection of the Bank of New York Mellon Trust Company, N.A. to the First and Final Application of Ocean Park Advisors, LLC, Investment Banker to Nova Holding Clinton County, LLC and Affiliated Debtors for Compensation in Connection with Sale Fees [Dkt. 309; 12/11/2009]

Related Documents:

c. Order Granting First and Final Application of Ocean Park Advisors, LLC, Investment Banker to Nova Holding Clinton County, LLC and Affiliated Debtors, For Compensation In Connection With Sale Fees [Dkt. 330; entered 12/21/2009]

Status: Objections were filed in connection with the sale of the Clinton assets by the Committee and the Indenture Trustee. The Court overruled such objections and approved the relief requested as it relates to the sale fee in connection with the sale of the Clinton assets. The relief requested as it relates to the sale fee in connection with the sale of the Seneca and Process Technology assets will go forward.

3. Debtors Motion for Entry of an Order Approving the Rejection of Certain Agreement With Newtech Electric Co., Inc. Pursuant to 11 U.S.C. § 365 [Dkt. 409; filed 3/2/2010]

    Objection / Response Deadline: March 11, 2010 at 4:00 p.m.

    Objection / Response(s) Received: None to date.

    Status: This matter will go forward.

**CONTESTED MATTERS**

4. Motion For Entry Of An Order Dismissing Chapter 11 Cases, Approving Mechanism For Distribution Of WestLB's Carveout Amounts, And For Related Relief Pursuant To 11 U.S.C. §§ 105(a), 349, And 1112(b) And Bankruptcy Rule 9019 [Dkt. 415, filed 3/12/2010]

    Objection / Response Deadline: March 26, 2010.

    Objection / Response(s) Received:

    a. Acting United States Trustee's Objection to the Debtors Motion for Entry of an Order Dismissing Chapter 11 Cases, Approving Mechanism for Distribution of WestLB's Carveout Amounts, and for Related Relief Pursuant to 11 U.S.C. §§

105(a), 349, and 1112(b) and Bankruptcy Rule 9019 [Dkt. 439; filed 3/26/2010]

Related Documents:

b. Order Granting Motion To Shorten Time For Notice And Response To Debtors Motion For Entry Of An Order Dismissing Chapter 11 Cases, Approving Mechanism For Distribution Of WestLB's Carveout Amounts, And For Related Relief Pursuant To 11 U.S.C. §§ 105(a), 349, And 1112(b) And Bankruptcy Rule 9019 [Dkt. 417, entered 3/15/2010]

c. Notice of Filing Proposed Form of Liquidating Trust Agreement [Dkt. 437, filed 3/25/10]

Status: This matter will go forward.

Dated: April 7, 2010

BLANK ROME LLP

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Victoria A. Guilfoyle (No. 5318)
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

Michael B. Schaedle
Josef W. Mintz
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

Attorneys for Debtors
and Debtors in Possession