# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nova Holding Clinton County, LLC | | |
| **Case Number:** | 09-11081-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, APRIL 09, 2010 03:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

Motion to Dismiss; Compensation Motion; Rejection motion; (moved from 4/1/10)

**R / M #:**   454 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Continued to next Omnibus hearing
#2 -  ORDER SIGNED
#3 -  ORDER SIGNED
#4 -  Granted - date set for final Fee Applications  6/22 @ 1:00 pm ORDER SIGNED