IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NOVA HOLDING CLINTON COUNTY, LLC, et al.,[1] | : | Case No. 09-11081 (KG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: Docket Nos. 415 & 459 |

## ORDER DISMISSING CHAPTER 11 CASES PURSUANT TO 11 U.S.C. §§ 105(a), 349, AND 1112(b) AND BANKRUPTCY RULE 9019

This Court previously having entered an Order Granting Debtors' Motion for Entry of an Order Dismissing Chapter 11 Cases, Approving Mechanism for Distribution of WestLB's Carveout Amounts, and for Related Relief Pursuant to 11 U.S.C. §§ 105(a), 349, and 11129b) and Bankruptcy Rule 9019 (the "Dismissal Order")[2] [Docket No. 459], with such Dismissal Order being contingent upon notice from the Committee of the date that the Creditor Distribution has been made to the Liquidating Trust, and it appearing that such notice has been given by the Committee to those parties identified in the Dismissal Order, and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Nova Holding Clinton County, LLC, a Delaware limited liability company (9944); Nova Biofuels Clinton County, LLC, a Delaware limited liability company (9809); Nova Holding Seneca, LLC, a Delaware limited liability company (9237); Nova Seneca, LLC, a Delaware limited liability company (9222); Nova Holding Trade Group, LLC, a Delaware limited liability company (9278); Nova Biofuels Trade Group, LLC, a Delaware limited liability company (9269); NBF Operations, LLC, a Delaware limited liability company (8450); Nova Biosource Technologies, LLC, a Texas limited liability company (4403); Biosource America, Inc., a Texas corporation (7542); and Nova Biosource Fuels, Inc., a Nevada corporation (8450).

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Dismissal Order.

PAC 982993v.1

1. The chapter 11 cases of Nova Holding Clinton County, LLC, Nova Biofuels Clinton County, LLC, Nova Holding Seneca, LLC, Nova Holding Trade Group, LLC, Nova Biofuels Trade Group, LLC, NBF Operations, LLC, Nova Biosource Technologies, LLC, Biosource America, Inc., and Nova Biosource Fuels, Inc., are hereby dismissed effective as of June 28, 2010.

2. This Order is not intended to nor shall it effect the validity of any other order entered in these chapter 11 cases, which remain in effect and enforceable, and include, without limitation, orders in respect of "first day" relief, orders in respect of the Indenture Trustee settlement, orders in respect of the use of case collateral, the Final DIP Order, the Clinton Sale Order and the Seneca/Technologies Sale Order.

Dated: September **22**, 2010
Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

PAC 982993v.1